Circuit Court for Queen Anne's County
Case No. 17-K-12-008383

IN THE COURT OF APPEALS OF MARYLAND

No. 113

September Term, 2013

STATE OF MARYLAND

v.

BENJAMIN JEROME BROWN

Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

JJ.

PER CURIAM ORDER

Filed: May 15, 2014

STATE OF MARYLAND         *     IN THE

                                 *     COURT OF APPEALS

      v.                         *     OF MARYLAND

                                 *     No. 113

BENJAMIN JEROME BROWN     *     September Term, 2013

# PER CURIAM ORDER

The Court having considered and granted the petition for writ of certiorari in the above entitled case, it is this 15th day of May, 2014

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case is remanded to that Court for further consideration in light of <u>Nalls v. State</u>, ____ Md. ____, ____ A.3d ____ (No. 54, September Term, 2013 filed April 23, 2014); <u>Melvin v. State</u>, ____ Md. ____, ____ A.3d ____ (No. 95, September Term, 2013 filed April 23, 2014); <u>Szwed v. State</u>, ____ Md. ____, ____ A.3d ____ (No. 61, September Term, 2013 filed April 23, 2014); and <u>Morgan v. State</u>, ____ Md. ____, ____ A.3d ____ (No. 71, September Term, 2013 filed April 23, 2014). Costs in this Court to be paid by the Respondent, and costs in the Court of Special Appeals to abide the result.

                                             /s/ Mary Ellen Barbera
                                                    Chief Judge